In the Matter of SAMUEL H. KAUFMAN et al., Copartners under the Firm Name of KAUFMAN & WEITZNER, Respondents; SCHATZ A. WEICKER, Appellant.

Submitted October 4, 1940; decided October 18, 1940.

**630**

*William F. Purcell and Francis J. Purcell* for appellant.
*Samuel H. Kaufman* and *Emil Weitzner*, in person, respondents.

Order affirmed, with costs; no opinion. (See 284 N. Y. 737.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.